# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-1612
LT Case No. 2021-CA-000489-A

———————————————

ROXENE CHAMBERLIN LENTZ and
ERIC LENTZ,

     Appellants,

     v.

MARK W. KEELS, P.E.; JESUS
MIRANDA PADILLA; ELEMENT
CONCRETE COMPANY, INC.; SRM
CONCRETE COMPANY a/k/a
Smyrna Ready Mix Concrete;
MATTHEW B. RYALS d/b/a
Peninsula Concrete Pumping
Company; ATLANTIC CASUALTY
INSURANCE COMPANY; GERRY
SADDLER; and SOUTHERN HOME
AND DESIGN,

     Appellees.

———————————————

On appeal from the Circuit Court for Marion County.
Steven G. Rogers, Judge.

Roxene Chamberlin Lentz and Eric Lentz, Belleview, pro se.

Lissette Gonzalez and Carly M. Weiss, of Cole, Scott & Kissane, P.A., Miami, and Therese A. Savona, of Cole, Scott & Kissane, P.A., Orlando, for Appellees, Jesus Miranda Padilla and Element Concrete Co., Inc.

Evan M. Gardiner, of Bogin, Munns & Munns, P.A., Gainesville, for Appellee, SRM Concrete Company.

No Appearance for Remaining Appellees.

April 2, 2024

PER CURIAM.

AFFIRMED.

MAKAR, KILBANE, and PRATT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

2